**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ALBERT M. REYNOLDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIV-06-894-R** |
| | ) | |
| **NATALIE WILLIAMS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights during the period of his incarceration. On January 4, 2007, the Court referred this matter to United States Magistrate Judge Bana Roberts for additional preliminary proceedings in light of *Jones v. Bock*, --- U.S. ---, 127 S.Ct. 910 (2007). On August 24, 2007, Judge Roberts issued a Report and Recommendation, wherein she recommended that the Defendants' motion for summary judgment be treated as a motion to dismiss, and that the motion be granted. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to object. Accordingly, the Court hereby ADOPTS the Report and Recommendation in its ENTIRETY. This action si hereby DISMISSED without prejudice.

**IT IS SO ORDERED** this 19th day of September 2007.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE